

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00503-CV

**CHESAPEAKE EXPLORATION, L.L.C.**, Chesapeake Operating, L.L.C., Jamestown Resources, L.L.C., and OOGC American LLC,
Appellants

v.

**7K INVESTMENTS, LTD., ET AL**,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on August 23, 2019. On August 26, 2019, the court reporter responsible for preparing the record, Ms. Leticia Escamilla, filed a notification of late record referring to a contempt judgment entered by this court on June 11, 2019, requiring Ms. Escamilla to complete and file the reporter's record in two other appeals before working on any other matter.

In an order issued on August 16, 2019 in appeal number 04-19-00403-CV, we noted the status of those records and listed the numerous other outstanding reporter's records Ms. Escamilla is responsible for preparing and filing. In her notification of late record, Ms. Escamilla requests a sixty-day extension of time to October 23, 2019. The request is GRANTED IN PART. The deadline for filing the reporter's record in this appeal is extended to September 23, 2019. It is FURTHER ORDERED that in the event Ms. Escamilla seeks a second extension of time to file the reporter's record in this appeal, any notification of late record requesting such an extension must be accompanied by a detailed list of the dates by which Ms. Escamilla intends to file the reporter's records in this appeal and in each of the following appeals: 04-18-00411-CV, 04-19-00078-CV, 04-19-00403-CV, 04-19-00357-CR, 04-19-00543-CV, 04-19-00534-CV, and 04-19-00361-CR.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.



_____
Keith E. Hottle,
Clerk of Court